Nicholas Warner JONES,
Plaintiff–Appellant,

v.

UNITED STATES CONGRESS; Benson Everett Legg, United States District Court of Maryland; the Chief Judge of United States District Court, Maryland District; Chairman of Maryland Parole Commission; Commissioner of Maryland Division of Corrections, Defendants–Appellees.

No. 02–7736.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 7, 2003.

Nicholas Warner Jones, Appellant Pro Se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Nicholas Warner Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Jones v. United States Congress,* No. CA–02–3322–L (D.Md. Oct. 30,

2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*